

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2015

No. 04-15-00102-CV

Cathy **GIDDINGS,**
Appellant

v.

**RALPH CURTIS M.D.,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-06825
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant's brief was due on April 29, 2015. *See* TEX. R. APP. P. 38.6(a). To date, Appellant has not filed a brief or a motion for extension of time.

Therefore, we ORDER Appellant to show cause in writing within TEN DAYS from the date of this order why this appeal should not be dismissed for want of prosecution. *See id.* TEX. R. APP. P. 38.8(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court